COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-07-353-CR

                                                


 

THE STATE OF TEXAS                                                                STATE

 

                                                   V.

JEAN LUC BOUTEMY DE GUISLAIN                                           APPELLEE

                                               ----------

        FROM COUNTY CRIMINAL COURT
NO. 7 OF TARRANT COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered the AState=s
Motion To Dismiss Appeal.@  The 
motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. See id.; Tex. R. App. P. 43.2(f).                                                                                                                                                                                                                              PER CURIAM

 

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: February 28, 2008                                                      











[1]See Tex. R. App. P. 47.4.